UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD WILKERSON, JR., | CASE NO. CV F 10-1176 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 12.) |
| SMG, et al., | |
| Defendants. / | |

The parties' counsel filed a notice that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 12, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the September 21, 2010 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   September 14, 2010**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE