**Jason K. Singleton** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX (707) 441-1533**

**Attorneys for Plaintiff, FLOYD WILKERSON, JR.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLOYD WILKERSON, JR.,**<br><br>    **Plaintiff,**<br>**v.**<br><br>**SMG, a Pennsylvania General Partnership, CITY OF FRESNO, a municipal corporation, and DOES ONE to FIFTY, inclusive,**<br><br>    **Defendants.** | Case No. 1:10-CV-01176-LJO-SMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

   Plaintiff **FLOYD WILKERSON, JR**. and Defendants **SMG, a Pennsylvania General Partnership, CITY OF FRESNO, a municipal corporation**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

   1.   The Parties have entered into a Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL                           1                           1:10-CV-01176-LJO-SMS

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: September 17, 2010        /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **FLOYD WILKERSON, JR.**

**BAKER MANOCK & JENSEN, PC**

Dated: September 15, 2010        /s/ Gary N. Lento
Gary N. Lento, Attorney for Defendants,
**SMG, a Pennsylvania General Partnership**

**BETTS & RUBIN**

Dated: September 15, 2010        /s/ Joseph D. Rubin
Joseph D. Rubin, Attorney for Defendant,
**CITY OF FRESNO**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Floyd Wilkerson, Jr. v. SMG, et al.</u>, Case Number 1:10-CV-01176-LJO-SMS, is dismissed with prejudice with each party to bear their own attorneys fees and costs. The clerk is directed to close the action.

Dated: _October 5, 2010__        __/s/ Lawrence J. O'Neill_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE